UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY ROBERT COOK, MICHAEL JOHN MAROULAS, and BECKY SMISEK-GAGE,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF FAIRFIELD, a municipal corporation; FORMER CITY OF FAIRFIELD POLICE CHIEF WALT TIBBET, in his individual and official capacities; REBECCA BELK and AARON BERTSCH, individually and in their official capacities as police sergeants for the City of Fairfield, FRANK PIRO, KELLY ROMBACH, MARK APLEY, ADAM BRUNIE, CHRISTOPHER GRIMM, KEITH PULSIPHER, and DOES 1-50, individually and in their capacities as peace officers,<br><br>        Defendants. | No.  2:15-cv-02339-GEB-KJN<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |

Pursuant to the Amended Stipulation and Proposed Order Continuing Case Management Conference filed on December 30, 2015, (ECF No. 7), the Status (Pretrial Scheduling) Conference is continued to March 14, 2016, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

1

Further, Plaintiffs are notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendants Walt Tibbet, Rebecca Belk, Aaron Bertsch, Frank Piro, Kelly Rombach, Mark Apley, Adam Brunie, Christopher Grimm, and Keith Pulsipher with process within the time period prescribed in that Rule may result in the unserved defendant(s) being dismissed. To avoid dismissal, on or before March 28, 2016, Plaintiffs shall file proof of service for these defendants or a sufficient explanation why service was not completed within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated:  January 4, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2