1  JUSTIN KIRK TABAYOYON, S.B.N. 288957
   **LAW OFFICES OF JUSTIN KIRK TABAYOYON**
2  1125 Missouri Street, Suite 209
   Fairfield, CA 94533
3  Telephone: (707) 726-6009
   Facsimile:   (925) 826-3504
4  justin@tabayoyonlaw.com

6  Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY ROBERT COOK, MICHAEL JOHN MAROULAS, and BECKY SMISEK-GAGE,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF FAIRFIELD, a municipal corporation; FORMER CITY OF FAIRFIELD POLICE CHIEF WALT TIBBET, in his individual and official capacities; REBECCA BELK and AARON BERTSCH, individually and in their official capacities as police sergeants for the City of Fairfield, FRANK PIRO, KELLY ROMBACH, ADAM BRUNIE, CHRISTOPHER GRIMM, KEITH PULSIPHER, and DOES 1-50, individually and in their capacities as peace officers,<br><br>    Defendants. | Case No.: 2:15-cv-02339-KJM-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>HONORABLE KIMBERLY J. MUELLER |

Plaintiffs Billy Robert Cook, Michael John Maroulas, and Becky Smisek-Gage, acting by and through their attorney of record, and defendants City of Fairfield, Walt Tibbet, Rebecca Belk, Aaron Bertsch, Frank Piro, Kelly Rombach, Adam Brunie, Christopher Grimm, and Keith Pulsipher, acting by and through their attorney of record, have met and conferred regarding

/////

/////

1

Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. The parties stipulate to and respectfully request the following orders:

1. City of Fairfield's Motion to Dismiss filed March 18, 2016, is vacted along with the hearing on it currently set for April 22, 2016.

2. Plaintiffs shall file and serve an amended complaint no later than April 22, 2016.

3. The City of Fairfield and all individual defendants represented by Bertrand, Fox, Elliot, Osman & Wenzel shall have until May 13, 2016, to respond to plaintiffs' amended complaint.

The parties stipulate and respectfully request the court order the above stipulation.

Dated: 04/05/2016        **BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**

                         By:   /s/ Gregory Fox (as Authorized on 04/05/2016)
                               Gregory M. Fox
                               Attorney for Defendants

Dated: 04/05/2016        **LAW OFFICES OF JUSTIN KIRK TABAYOYON**

                         By:   /s/ Justin Kirk Tabayoyon
                               Justin Kirk Tabayoyon
                               Attorney of Plaintiffs

### ELECTRONIC CASE FILING ATTESTATION

I, Justin Kirk Tabayoyon, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: 04/05/2016        By:   /s/ Justin Kirk Tabayoyon
                               Justin Kirk Tabayoyon

/////

/////

/////

## ORDER

1. Good cause appearing the Stipulation is granted.

2. City of Fairfield's Motion to Dismiss filed March 18, 2016, is withdrawn and the hearing currently set for April 22, 2016, is vacated.

3. Plaintiffs shall file and serve an amended complaint no later than April 22, 2016.

4. City of Fairfield and all individual defendants represented by Bertrand, Fox, Elliot, Osman & Wenzel shall have until May 13, 2016, to respond to plaintiffs' amended complaint.

Dated:  April 7, 2016.

_____
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND ORDER VACATING MOTION TO DISMISS AND GRANTING PLAINTIFF'S LEAVE TO AMEND COMPLAINT
*Cook, et al., v City of Fairfield, et al. Case No.: 2:15-cv-02339-KJM-KJN*