JUSTIN KIRK TABAYOYON, S.B.N. 288957
**LAW OFFICES OF JUSTIN KIRK TABAYOYON**
1125 Missouri Street, Suite 209
Fairfield, CA 94533
Telephone: (707) 726-6009
Facsimile:   (925) 826-3504
justin@tabayoyonlaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY ROBERT COOK, MICHAEL JOHN MAROULAS, and BECKY SMISEK-GAGE,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF FAIRFIELD, a municipal corporation; FORMER CITY OF FAIRFIELD POLICE CHIEF WALT TIBBET, in his individual and official capacities; REBECCA BELK and AARON BERTSCH, individually and in their official capacities as police sergeants for the City of Fairfield, FRANK PIRO, KELLY ROMBACH, ADAM BRUNIE, CHRISTOPHER GRIMM, KEITH PULSIPHER, and DOES 1-50, individually and in their capacities as peace officers,<br><br>    Defendants. | **Case No.: 2:15-cv-02339-KJM-KJN**<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE THIRD AMENDED COMPLAINT**<br><br>HONORABLE KIMBERLY J. MUELLER |

Plaintiffs Billy Robert Cook, Michael John Maroulas, and Becky Smisek-Gage, acting by and through their attorney of record, and defendants City of Fairfield, Walt Tibbet, Rebecca Belk, Aaron Bertsch, Frank Piro, Kelly Rombach, Adam Brunie, Christopher Grimm, and Keith Pulsipher, acting by and through their attorney of record, have met and conferred regarding Plaintiffs' Second Amended Complaint. The parties agree some of the issues raised by the defendants have merit and therefore Plaintiffs will amend their complaint.

1

Given that Defendants' attorney, Gregory M. Fox, will be out of the country June 17, 2016, through July 5, 2016, the parties stipulate to and respectfully request the following orders and schedule:

1. Plaintiffs shall file and serve their third amended complaint no later than June 24, 2016.

2. The City of Fairfield and all individual defendants represented by Bertrand, Fox, Elliot, Osman & Wenzel shall have until July 15, 2016, to respond to plaintiffs' third amended complaint.

The parties stipulate and respectfully request the court order the above stipulation.

Dated: 05/12/2016     **BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**

By:   /s/ Gregory Fox (as Authorized on 05/12/2016)
      Gregory M. Fox
      Attorney for Defendants

Dated: 05/12/2016     **LAW OFFICES OF JUSTIN KIRK TABAYOYON**

By:   /s/ Justin Kirk Tabayoyon
      Justin Kirk Tabayoyon
      Attorney of Plaintiffs

### ELECTRONIC CASE FILING ATTESTATION

I, Justin Kirk Tabayoyon, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: 05/12/2016     By:   /s/ Justin Kirk Tabayoyon
                            Justin Kirk Tabayoyon

/////
/////
/////
/////

## **ORDER**

1. Good cause appearing, the court GRANTS the parties' stipulation to file a third amended complaint nunc pro tunc (ECF No. 22). Accordingly, plaintiffs shall file and serve their third amended complaint no later than June 24, 2016.

2. The City of Fairfield and all individual defendants represented by Bertrand, Fox, Elliot, Osman & Wenzel shall have until July 15, 2016 to respond to plaintiffs' third amended complaint.

 IT IS SO ORDERED.

DATED: May 18, 2016

            _____
            UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [~~PROPOSED~~] ORDER TO FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT
*Cook, et al., v City of Fairfield, et al. Case No.: 2:15-cv-02339-KJM-KJN*