Gregory M. Fox, State Bar No. 070876
Parry A. Black, State Bar No. 291472
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: gfox@bfesf.com

Attorneys for Defendants
City of Fairfield, Walt Tibbet, Rebecca Belk,
Aaron Bertsch, Frank Piro, Kelly Rombach,
Mark Apley, Adam Brunie, Christopher Grimm
and Keith Pulsipher

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY ROBERT COOK, MICHAEL JOHN MAROULAS, AND BECKY SMISEK-GAGE,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF FAIRFIELD, a municipal corporation; FORMER CITY OF FAIRFIELD POLICE CHIEF WALT TIBBET, in his individual and official capacities; REBECCA BELK and AARON BERTSCH, individually and in their official capacities as police sergeants for the City of Fairfield, FRANK PIRO, KELLY ROMBACH, MARK APLEY, ADAM BRUNIE, CHRISTOPHER GRIMM, KEITH PULSIPHER, and DOES 1-50, individually and in their capacities as peace officers,<br><br>        Defendants. | Case No. 2:15-cv-02339- KJM-KJN<br><br>**JOINT VDRP COMPLETION REPORT**<br><br><br><br>**HONORABLE KIMBERLY J. MUELLER** |

1

JOINT VDRP COMPLETION REPORT
*Cook, et al. v City of Fairfield, et al.* Case No.: 2:15-cv-02339-KJM-KJN

Plaintiffs Billy Robert Cook, Michael John Maroulas, and Becky Smisek-Gage ("Plaintiffs") and Defendants City of Fairfield, Walt Tibbet, Rebecca Belk, Aaron Bertsch, Frank Piro, Kelly Rombach, Mark Apley, Adam Brunie, Christopher Grimm, and Keith Pulsipher ("Defendants") submit this JOINT VDRP COMPLETION REPORT pursuant to Local Rule 271(o).  The parties held an Early Neutral Evaluation on March 14, 2017.

**A.     Whether the action was resolved or settled**

The parties did not reach an agreement to settle this matter at the VDRP session.

**B.     Whether any stipulation was reached on any part of the action**

No such stipulation was reached at the VDRP session.

**C.     The current status of the action**

The parties have reviewed their Joint Status Report filed September 30, 2016 [dkt 33] and have no update regarding the facts, legal issues, or proposed timeline of this case.  The parties will now proceed to conduct further discovery in this matter, including setting depositions of the individually named Plaintiffs and Defendants.

Dated:  March 29, 2017                        BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                              By:   */s/ Parry A. Black*
                                                    Gregory M. Fox
                                                    Parry A. Black
                                                    Attorney for Defendants

Dated:  March 29, 2017                        LAW OFFICES OF JUSTIN KIRK TABAYOYON

                                              By:   */s/ Justin Kirk Tabayoyon* (as authorized on 03/28/17)
                                                    Justin Kirk Tabayoyon
                                                    Attorney for Plaintiffs

## ELECTRONIC CASE FILING ATTESTATION

I, Parry A. Black, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: March 29, 2017                                    /s/ *Parry A. Black*
                                                                          Parry A. Black