Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: gfox@bfesf.com

Attorneys for Defendant
CITY OF FAIRFIELD, WALT TIBBET, REBECCA BELK, AARON BERTSCH, FRANK PIRO, KELLY ROMBACH, ADAM BRUNIE, CHRISTOPHER GRIMM and KEITH PULSIPHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY ROBERT COOK, MICHAEL JOHN MAROULAS, AND BECKY SMISEK-GAGE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FAIRFIELD, a municipal corporation; FORMER CITY OF FAIRFIELD POLICE CHIEF WALT TIBBET, in his individual and official capacities; REBECCA BELK and AARON BERTSCH, individually and in their official capacities as police sergeants for the City of Fairfield, FRANK PIRO, KELLY ROMBACH, MARK APLEY, ADAM BRUNIE, CHRISTOPHER GRIMM, KEITH PULSIPHER, and DOES 1-50, individually and in their capacities as peace officers,<br><br>Defendants. | Case No. 2:15-cv-02339- KJM-KJN<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FACT AND EXPERT DISCOVERY**<br><br>HONORABLE KIMBERLY J. MUELLER |

1

Plaintiffs Billy Robert Cook, Michael John Maroulas, and Becky Smisek-Gage ("Plaintiffs"), acting by and through their attorney of record, and defendants City of Fairfield, Walt Tibbet, Rebecca Belk, Aaron Bertsch, Frank Piro, Kelly Rombach, Mark Apley, Adam Brunie, Christopher Grimm, and Keith Pulsipher ("Defendants"), acting by and through their attorney of record, hereby represent to the Court as follows:

On October 14, 2016 this Court issued a Pretrial Scheduling Order (Docket 35) setting, among other deadlines, a cutoff for all discovery of November 10. 2017.

At the time that the Pretrial Scheduling Order was issued, Defendants' July 15, 2016 Motion to Dismiss the Third Amended Complaint (Docket 27) was still pending, having been heard on October 7, 2016.

As of the date of this stipulation, no Order has been issued on the Motion to Dismiss, which remains pending.

The parties have conducted some discovery, including the exchange of written discovery, but are limited in their ability to complete further fact discovery, given the uncertainty of the pleadings in the absence of an Order on the pending Motion to Dismiss.

A five month extension of time for fact and expert discovery will allow the parties to conduct full and complete discovery in this case. Therefore, the parties request that the cutoff for all discovery now set for November 10, 2016 be continued by five months to April 13, 2018.

IT IS SO STIPULATED

Dated: September 26, 2017　　　　　　　　　BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Parry Black*
　　Parry Black
　　Attorney for Defendant
　　CITY OF FAIRFIELD, WALT TIBBET,
　　REBECCA BELK, AARON BERTSCH, FRANK
　　PIRO, KELLY ROMBACH, ADAM BRUNIE,
　　CHRISTOPHER GRIMM and KEITH
　　PULSIPHER

2

STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVERY
*Cook, et al. v City of Fairfield, et al.* Case No.: 2:15-cv-02339-KJM-KJN

Dated: September 26, 2017          LAW OFFICES OF JUSTIN KIRK TABAYOYON

By:  */s/ Justin Kirk Tabayoyon* (as authorized on 9/19/17)
     Justin Kirk Tabayoyon
     Attorney for Plaintiffs

---

**ORDER**

Good cause appearing, the Stipulation is SO ORDERED.

Dated: September 26, 2017.

_____
UNITED STATES DISTRICT JUDGE