JUSTIN KIRK TABAYOYON, S.B.N. 288957
**LAW OFFICES OF JUSTIN KIRK TABAYOYON**
1000 North Texas Street, Suite A
Fairfield, CA 94533-5661
Telephone: (707) 726-6009
Facsimile: (925) 826-3504
justin@tabayoyonlaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY ROBERT COOK, MICHAEL JOHN MAROULAS, and BECKY SMISEK-GAGE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FAIRFIELD, a municipal corporation; FORMER CITY OF FAIRFIELD POLICE CHIEF WALT TIBBET, in his individual and official capacities; REBECCA BELK and AARON BERTSCH, individually and in their official capacities as police sergeants for the City of Fairfield, FRANK PIRO, KELLY ROMBACH, ADAM BRUNIE, CHRISTOPHER GRIMM, KEITH PULSIPHER, and DOES 1-50, individually and in their capacities as peace officers,<br><br>Defendants. | **Case No.: 2:15-cv-02339-KJM-KJN**<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFFS' PRESENTATION OF GOVERNMENT CLAIMS; CONSTRUCTION OF THIRD AMENDED COMPLAINT**<br><br>HONORABLE KIMBERLY J. MUELLER |

Plaintiffs Billy Robert Cook, Michael John Maroulas, and Becky Smisek-Gage, acting by and through their attorney of record, and defendants City of Fairfield, Walt Tibbet, Rebecca Belk, Aaron Bertsch, Frank Piro, Kelly Rombach, Adam Brunie, Christopher Grimm, and Keith Pulsipher, acting by and through their attorney of record, hereby agree to the following:

1. The incident which gave rise to this court action occurred on November 13, 2013.

2. On May 5, 2014, Plaintiff Becky Smisek-Gage presented to the City Clerk of the City of

1

STIPULATION AND ORDER REGARDING PRESENTATION OF PLAINTIFFS' GOVERNMENT CLAIMS.
*Cook, et al., v City of Fairfield, et al. Case No.: 2:15-cv-02339-KJM-KJN*

1 | Fairfield, California, Claim for Damages 13-106.

2 |    3. On May 6, 2014, Plaintiff Billy Robert Cook presented to the City Clerk of the City of
3 | Fairfield, California, Claim for Damages 13-108.

4 |    4. On May 12, 2014, Plaintiff Michael John Maroulas presented to the City Clerk of the City
5 | of Fairfield, California, Claim for Damages 13-114.

6 |    5. All three plaintiffs timely presented their state law claims for damages in compliance with
7 | the six (6) month statutory limit under Gov. C. § 911.2, subdivision (a).

8 |    6. The parties agree that Plaintiffs' Third Amended Complaint shall be construed to have
9 | the above factual allegations included and Defendants waive the defense that Plaintiffs failed
10 | to comply with the claims presentation requirement of Gov. C. § 9112, subdivision (a).

12 |    The parties stipulate and respectfully request the court order the above stipulation.
13 | //

2

STIPULATION AND ORDER REGARDING PRESENTATION OF PLAINTIFFS' GOVERNMENT CLAIMS.
*Cook, et al., v City of Fairfield, et al. Case No.: 2:15-cv-02339-KJM-KJN*

| | | |
|---|---|---|
| Dated: _____ | | **BERTRAND, FOX, ELLIOT, OSMAN & WENZEL** |
| | By: | /s/ Parry Black (As authorized on 10/12/2017)<br>Parry Black<br>Attorney for Defendants |
| Dated: _____ | | **LAW OFFICES OF JUSTIN KIRK TABAYOYON** |
| | By: | /s/ Justin Kirk Tabayoyon<br>Justin Kirk Tabayoyon<br>Attorney of Plaintiffs |

### ELECTRONIC CASE FILING ATTESTATION

I, Justin Kirk Tabayoyon, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby that concurrence in the filing of these documents has been obtained from each of its Signatories.

| | | |
|---|---|---|
| Dated: _____ | By: | /s/ Justin Kirk Tabayoyon<br>Justin Kirk Tabayoyon |

### **ORDER**

Good cause appearing the Stipulation is SO ORDERED.

Dated: October 16, 2017.

_____
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND ORDER REGARDING PRESENTATION OF PLAINTIFFS' GOVERNMENT CLAIMS.
*Cook, et al., v City of Fairfield, et al. Case No.: 2:15-cv-02339-KJM-KJN*