Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: gfox@bfesf.com

Attorneys for Defendant
CITY OF FAIRFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY ROBERT COOK, MICHAEL JOHN MAROULAS, AND BECKY SMISEK-GAGE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FAIRFIELD, a municipal corporation; FORMER CITY OF FAIRFIELD POLICE CHIEF WALT TIBBET, in his individual and official capacities; REBECCA BELK and AARON BERTSCH, individually and in their official capacities as police sergeants for the City of Fairfield, FRANK PIRO, KELLY ROMBACH, MARK APLEY, ADAM BRUNIE, CHRISTOPHER GRIMM, HEITH PULSIPHER, and DOES 1-50, individually and in their capacities as peace officers,<br><br>Defendants. | Case No. 2:15-cv-02339- KJM-KJN<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE FOR HEARING OF DISPOSITIVE MOTIONS**<br><br>HONORABLE KIMBERLY J. MUELLER |

Plaintiffs Billy Robert Cook, Michael John Maroulas, and Becky Smisek-Gage, acting by and through their attorney of record, and Defendants City of Fairfield, Walt Tibbet, Rebecca Belk, Aaron Bertsch, Frank Piro, Kelly Rombach, Adam Brunie, Christopher Grimm, and Keith Pulsipher, acting by and through their attorney of record, have met and conferred regarding scheduling issues and have stipulated to and respectfully request an order extending the dispositive motion deadline as follows:

1. Defendants filed a Motion to Dismiss the Third Amended Complaint on July 15, 2016. This Court issued an Order on that Motion on September 25, 2017. While that Motion was pending, the parties were limited in their ability to conduct discovery.

2. Since the issuance of the Court's September 25, 2017 Order on Defendants' Motion to Dismiss, the parties have exchanged substantive discovery, and anticipate setting depositions soon. Scheduling issues on both sides have prevented the parties from completing more discovery to date.

3. The parties have met and conferred regarding Defendants' intent to file a dispositive motion regarding several existing defendants and causes of action. However, the current status of discovery has hampered Plaintiffs' ability to analyze the advisability of proceeding with the current causes of action and defendants and has impeded Defendants' analysis of the viability of a Motion for Summary Judgment and/or Adjudication.

4. To accommodate these concerns, and to allow the parties further time to meet and confer, the parties request that the deadline for hearing on dispositive motions, currently set for January 12, 2018 per Docket 35, be extended by 90 days to April 18, 2018.

The parties stipulate and respectfully request the court order the above stipulation.

Dated: December 12, 2017  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/Gregory Fox*
Gregory M. Fox
Attorney for Defendant
City of Fairfield

2

STIPULATION AND ORDER EXTENDING DEADLINE FOR HEARING OF DISPOSITIVE MOTIONS
*Cook, et al. v City of Fairfield, et al.* Case No.: 2:15-cv-02339-KJM-KJN

| | |
|---|---|
| Dated: December 12, 2017 | LAW OFFICES OF JUSTIN KIRK TABAYOYON |

By: */s/ Justin Kirk Tabayoyon* (as authorized on
_____)
Justin Kirk Tabayoyon
Attorney for Plaintiffs

**<u>ORDER</u>**

Good Cause appearing the Stipulation is SO ORDERED. The dispositive motion hearing deadline currently set for January 18, 2018 is continued by 90 days to April 20, 2018.

DATED: December 12, 2017.

_____
UNITED STATES DISTRICT JUDGE