| | |
|---|---|
| JUSTIN KIRK TABAYOYON, S.B.N. 288957<br>**LAW OFFICES OF JUSTIN KIRK TABAYOYON**<br>1000 North Texas Street, Suite A<br>Fairfield, CA 94533-5661<br>Telephone: (707) 726-6009<br>Facsimile: (925) 826-3504<br>justin@tabayoyonlaw.com<br><br>Attorney for Plaintiffs | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY ROBERT COOK, MICHAEL JOHN MAROULAS, and BECKY SMISEK-GAGE,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF FAIRFIELD, a municipal corporation; FORMER CITY OF FAIRFIELD POLICE CHIEF WALT TIBBET, in his individual and official capacities; REBECCA BELK and AARON BERTSCH, individually and in their official capacities as police sergeants for the City of Fairfield, FRANK PIRO, KELLY ROMBACH, ADAM BRUNIE, CHRISTOPHER GRIMM, KEITH PULSIPHER, and DOES 1-50, individually and in their capacities as peace officers,<br><br>    Defendants. | **Case No.: 2:15-cv-02339-KJM-KJN**<br><br>**STIPULATION AND ORDER RE SUBPOENAS AND DISMISSAL OF WALT TIBBETT**<br><br>HONORABLE KIMBERLY J. MUELLER |

1

STIPULATION AND ORDER RE SUBPOENAS AND DISMISSAL OF WALT TIBBET
*Cook, et al., v City of Fairfield, et al. Case No.: 2:15-cv-02339-KJM-KJN*

Plaintiffs Billy Robert Cook, Michael John Maroulas, and Becky Smisek-Gage, acting by and through their attorney of record, and defendants City of Fairfield, Walt Tibbet, Rebecca Belk, Aaron Bertsch, Frank Piro, Kelly Rombach, Adam Brunie, Christopher Grimm, and Keith Pulsipher, acting by and through their attorney of record, hereby agree to the following and ask the court to make their agreement a stipulation and order of the court:

1. Instead of serving Rebecca Belk, Aaron Bertsch, Frank Piro, Kelly Rombach, Adam Brunie, Christopher Grimm, and Keither Pulsipher with trial subpoenas to compel their testimony in Plaintiffs' case in chief at trial in this case, Plaintiffs' may compel their attendance and testimony at trial by reasonable phone notice of 24 hours or more to Defendants' counsel.

2. Plaintiffs agree to dismiss with prejudice Walt Tibbet as a defendant in this action. Each side to bear their own fees and costs.

//

Dated: 06/01/2018          **BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**

                           By:   /s/ Parry Black (As authorized on 06/01/2018)
                                 Parry Black
                                 Attorney for Defendants

Dated: 06/01/2018          **LAW OFFICES OF JUSTIN KIRK TABAYOYON**

                           By:   /s/ Justin Kirk Tabayoyon
                                 Justin Kirk Tabayoyon
                                 Attorney for Plaintiffs

### ELECTRONIC CASE FILING ATTESTATION

I, Justin Kirk Tabayoyon, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: 06/01/2018          By:   /s/ Justin Kirk Tabayoyon
                                 Justin Kirk Tabayoyon

### ORDER

Good cause appearing the Stipulation is SO ORDERED.

Dated: June 5, 2018.

_____
UNITED STATES DISTRICT JUDGE

3
STIPULATION AND ORDER RE SUBPOENAS AND DISMISSAL OF WALT TIBBET
*Cook, et al., v City of Fairfield, et al. Case No.: 2:15-cv-02339-KJM-KJN*