Jon Humes 1650253
651 I St.
Sac. CA. 95814

    I am requesting a 30 day extension of my time to complete the I.F.P. papers for these cases:

| | |
|---|---|
| 2:18-CV-00912-AC | 2:18-CV-00957-EFB |
| 2:18-CV-00861-EFB | 2:18-CV-00946-CKD |
| 2:18-CV-00765-CKD | 2:18-CV-01109-DB |
| 2:18-CV-00769-AC | 2:18-CV-01110-KJN |
| 2:18-CV-00726-CKD | 2:18-CV-012265-AC |
| 2:18-CV-00888-DB | |
| 2:18-CV-00725-AC | |
| 2:18-CV-00966-EFB | |

**FILED**
JUN 06 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

    I recently filed another grievance because this jail refuses to return my IFP papers, so I can return them to you.

    I've submitted them 3 times to this jail! They ain't gonna do it! Please grant me an injunction forcing them to!

    Also, I've told you repeatedly that this jail won't let me use the law library! Yet you send me a stack of papers to copy 5 times in case 2:17-CV-01870-MCE-AC? I copied what I can by hand. You have a xerox machine that I, as a tax payer paid for! Please do help me out a little by copying those for me. Please! Or order this jail to stop obstructing justice! Unless you're complicit! I can't tell anymore! And I'm a US Army veteran! Are you? I'll keep trying to get to law library to copy. This jail won't let me! Please