Gregory M. Fox, State Bar No. 070876
Parry A. Black, State Bar No. 291472
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: gfox@bfesf.com
pblack@bfesf.com

Attorneys for Defendant
CITY OF FAIRFIELD, REBECCA BELK,
AARON BERTSCH, FRANK PIRO
KELLY ROMBACH, ADAM BRUNIE,
CHRISTOPHER GRIMM,
And KEITH PULSIPHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY ROBERT COOK, MICHAEL JOHN MAROULAS, AND BECKY SMISEK-GAGE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FAIRFIELD, a municipal corporation; FORMER CITY OF FAIRFIELD POLICE CHIEF WALT TIBBET, in his individual and official capacities; REBECCA BELK and AARON BERTSCH, individually and in their official capacities as police sergeants for the City of Fairfield, FRANK PIRO, KELLY ROMBACH, MARK APLEY, ADAM BRUNIE, CHRISTOPHER GRIMM, KEITH PULSIPHER, and DOES 1-50, individually and in their capacities as peace officers,<br><br>Defendants. | Case No. 2:15-cv-02339-KJM-KJN<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**Hon. Kimberly J. Mueller** |

| | |
|---|---|
| 1 | Plaintiffs Billy Robert Cook, Michael John Maroulas, and Becky Smisek-Gage, acting by and |
| 2 | through their attorney of record, and defendants City of Fairfield, Rebecca Belk, Aaron Bertsch, Frank |
| 3 | Piro, Kelly Rombach, Adam Brunie, Christopher Grimm, and Keith Pulsipher, acting by and through their |
| 4 | attorney of record, have resolved this case in its entirety. The parties therefore stipulate to a dismissal of |
| 5 | this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). |

Both parties respectfully request that the Court dismiss this action in its entirety with prejudice.

The parties stipulate and respectfully request the court order the above stipulation.

Dated: July 11, 2018                                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:   */s/ Gregory M. Fox*
     Gregory M. Fox
     Attorney for Defendants

Dated: July 11, 2018                                    LAW OFFICES OF JUSTIN KIRK TABAYOYON

By:   */s/ Justin K. Tabayoyon*
     Justin Kirk Tabayoyon
     Attorney for Plaintiffs

**ELECTRONIC CASE FILING ATTESTATION**

I, Gregory M. Fox, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: July 18, 2018                                    */s/ Gregory M. Fox*
     Gregory M. Fox

1

STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE
*Cook, et al. v City of Fairfield, et al.* Case No.: 2:15-cv-02339-KJM-KJN

## **ORDER**

Good Cause appearing the Stipulation is SO ORDERED. The case is dismissed in its entirety with prejudice.

DATED: July 18, 2018.

_____
UNITED STATES DISTRICT JUDGE